FILED
OCT 2 4 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. MO-12-CR-267 |
| | ) |
| | ) S U P E R S E D I N G |
| | ) I N D I C T M E N T |
| Plaintiff, | ) |
| | ) [Vio: 21 U.S.C. § 846 - |
| V. | )  Conspiracy; |
| | ) 21 U.S.C. § 841(a)(1)- |
| THOMAS MAYNARD AMES | )  Possession With Intent to |
| DAVID PARKER | )  Distribute a Controlled Substance; |
| DIANNA MICHELLE GALLOWAY | ) 18 U.S.C. § 2 - Aid and Abet] |
| SHAMUS MORRIS | ) |
| LIA SMITHEE | ) |
| Defendants. | ) |

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 846]

That beginning on or about April of 2011 and continuing until on or about September of 2012, in the Western District of Texas and elsewhere, the Defendants,

THOMAS MAYNARD AMES,
DAVID PARKER,
DIANNA MICHELLE GALLOWAY,
SHAMUS MORRIS,
and
LIA SMITHEE

did combine, conspire, confederate and agree together and with each other, and with others known and unknown to the grand jury, to possess with intent to distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections

841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. §§ 841(a)(1); 841(b) & 18 U.S.C. § 2]

That on or about September 11, 2012, in the Western District of Texas, the Defendants,

**THOMAS MAYNARD AMES**
and
**DIANNE MICHELLE GALLOWAY,**

aided and abetted by each other, unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved fifty (50) grams or more of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

## COUNT THREE
### [21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)]

That on or about January 31, 2012, in the Western District of Texas, the Defendant,

**DAVID PARKER,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved five (5) grams or more of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR
### [21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)]

That on or about January 31, 2012, in the Western District of Texas, the Defendant,

**THOMAS MAYNARD AMES,**

unlawfully, knowingly, and intentionally possessed with intent to distribute a controlled substance, which offense involved five (5) grams or more of actual methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

A TRUE BILL.

_Original signed by the foreperson of the Grand Jury_
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

for V. LATAWN WARSAW
Assistant United States Attorney

WILLIAM R. TATUM
Assistant United States Attorney

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: October 24, 2012 | MAG CT #: MO:12-M-353 | FBI #: |
| CASE NO: MO-12-CR-267 | ASSISTANT U.S. ATTORNEY: V. LATAWN WARSAW | |
| DEFENDANT: 1. THOMAS MAYNARD AMES | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA   INTERPRETER NEEDED No  LANGUAGE: | | |

DEFENSE ATTORNEY:

Gerald R. Lopez
210 E. 4th Street
Odessa, TX 79761
432-580-7859
geraldrlopez@netscape.net                                          APPOINTED

DEFENDANT IS:  Detained
       ADDRESS:

| | |
|---|---|
| DATE OF ARREST: September 11, 2012 | BENCH WARRANT: XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):  Ct. 1 - 21 USC 846 - Conspiracy; Cts. 2 - 21 USC 841(a)(1) & (b)(1)(A) - possession with intent to distribute fifty (50) grams or more of actual methamphetamine, a Schedule II Controlled Substance. Ct. 4 - 21 USC 841(a)(1) & (b)(1)(B) - possession with intent to distribute five (5) grams or more of actual methamphetamine, a Schedule II Controlled Substance.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Cts. 1 & 2 (each) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. Ct. 4 - Mandatory minimum 5 year term of imprisonment, not to exceed 40 years; a 4 year mandatory minimum term of supervised release; a fine not to exceed 4 million; and a $100.00 mandatory special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
SA David Friday

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: October 24, 2012 | MAG CT #: MO:12-M- | FBI #: |
| SSN#: | TX SID#: | TX DL#: |
| CASE NO: MO-12-CR-267 | ASSISTANT U.S. ATTORNEY: V. LATAWN WARSAW | |
| DEFENDANT: 2. DAVID PARKER | | DOB: |
| ADDRESS: USMS Custody | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>Mr. E. Jason Leach<br>308 North Jackson Avenue<br>Odessa, Texas 79761<br>432-552-7000 ofc<br>432-366-5000 fax<br>ejleach@bl.law.net | | |
| DEFENDANT IS: Temp. Detained | | |
| DATE OF ARREST:  September 11, 2012 | | BENCH WARRANT: |
| PROSECUTION BY:  Indictment | | |
| OFFENSE (Code and Description):  Ct. 1 - 21 USC 846 - Conspiracy; Ct. 3 -  21 USC 841(a)(1) & (b)(1)(B) - possession with intent to distribute five (5) grams or more of actual methamphetamine, a Schedule II Controlled Substance. | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:  Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. Ct. 3 - A mandatory minimum 5 year tearm of imprisonment, not to exceed 40 years: a 4 year mandatory minimum term of supervised release: a fine not to exceed 4 million: and a $100 mandatory special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS: AGENT:<br>SA David Friday | | |

WDT-Cr-3

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED: | | UNSEALED: XX |
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: October 24, 2012 | MAG CT #: MO:12-M-353 | FBI #: |
| CASE NO: MO-12-CR-267 | ASSISTANT U.S. ATTORNEY: V. LATAWN WARSAW | |
| DEFENDANT: 3. DIANNA MICHELLE GALLOWAY | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA     INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>Mr. David Rogers<br>214 W. Texas, Suite 811<br>Midland, Texas 79701<br>432-620-8774 ofc<br>432-620-9945 fax<br>david@fivecoatlaw.com | | |
| DEFENDANT IS:  Detained<br>          ADDRESS: | | |
| DATE OF ARREST: September 11, 2012 | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; Ct. 2 - 21 USC 841(a)(1) & (b)(1)(A) - possession with intent to distribute fifty (50) grams or more of actual methamphetamine, a Schedule II Controlled Substance. | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:  Cts. 1 & 2 each) - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS: AGENT:<br>SA David Friday | | |

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: October 24, 2012 | MAG CT #: MO:12-M- | FBI #: |
| CASE NO: MO-12-CR-267 | ASSISTANT U.S. ATTORNEY: V. LATAWN WARSAW | |
| DEFENDANT: 4. SHAMUS MORRIS | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| Mr. Alan B. Harris<br>409 N. Texas Avenue<br>Odessa, Texas 79761<br>432-580-3118 ofc<br>432-332-4084 fax<br>harrislaw@nts-online.net DEFENSE ATTORNEY: | | |
| DEFENDANT IS:<br>    ADDRESS: | | |
| DATE OF ARREST: September 11, 2012 | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>SA David Friday | | |

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| SEALED: | | UNSEALED: XX |
|---|---|---|
| COUNTY: Ector | DIVISION: MIDLAND/ODESSA | JUDGE: JUNELL |
| DATE: October 24, 2012 | MAG CT #: MO:12-M- | FBI #: |
| CASE NO: MO-12-CR-267 | ASSISTANT U.S. ATTORNEY: V. LATAWN WARSAW | |
| DEFENDANT: S. LIA SMITHEE | | DOB: XXXXXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP: USA    INTERPRETER NEEDED No  LANGUAGE: | | |
| DEFENSE ATTORNEY: | | |
| DEFENDANT IS:<br>    ADDRESS: | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 - 21 USC 846 - Conspiracy; | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE: Ct. 1 - A mandatory minimum 10 year term of imprisonment, not to exceed life imprisonment; a 5 year mandatory minimum term of supervised release; a fine not to exceed $10 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY: As stated above. | | |
| REMARKS: AGENT:<br>SA David Friday | | |