# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. NO. MO-12-CR-267(3) |
| | ) | |
| DAVID PARKER | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the United States of America, and respectfully represents to the Court that this case is set for trial, on January 7, 2013; that **GLEN JAMES MCCANDLESS**, is a necessary and material witness for the Government and is now incarcerated in the custody of the Ector County Sheriff's Department, Odessa, Texas.

WHEREFORE, the Government prays that the Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Testificandum addressed to the Sheriff of Ector County Sheriff's Department, commanding him to surrender said witness into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative and directing said Marshal to bring said witness to the Federal Courthouse, Texas, on Monday, January 7, 2013, at 8:30 a.m., for the purpose of testifying at trial, and at the conclusion of said testimony the witness be returned to the custody of the Ector County Sheriff's Department.

Respectfully submitted,
ROBERT PITMAN
UNITED STATES ATTORNEY

By:   /s/ LaTawn Warsaw
LATAWN WARSAW
Assistant United States Attorney
400 W. Illinois, Suite 1200
Midland, Texas 79701
432-686-4110
432-686-4131 FAX

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. NO. MO-12-CR-267(3)** |
| ) | |
| **DAVID PARKER** ) | |

### ORDER FOR ISSUANCE OF
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Came on the application of the United States of America, representing that the this cause is set for trial in Midland, Texas, on January 7, 2013, that **GLEN JAMES MCCANDLESS**, a necessary and material witness for the Government, is now incarcerated in the custody of the Ector County Sheriff's Department, Odessa, Texas, and that if deprived of the benefit of the testimony of this witness, justice will suffer; and Petitioner prays that the Court direct the issuance of a Writ of Habeas Corpus Ad Testificandum to procure the attendance of said witness, and the Court being of the opinion that said application should be granted; it is, therefore,

ORDERED that a Writ of Habeas Corpus Ad Testificandum be issued by the Clerk of this Court addressed to the Sheriff of Ector County Sheriff's Department, directing him to deliver the body of said witness into the custody of the United States Marshal for the Western District of Texas, or his duly authorized representative, and directing said Marshal to bring the said witness to the Federal Courthouse in Midland, Texas, on Monday, January 7, 2013, at 8:30 a.m., for the purpose of testifying at trial. At the conclusion of said testimony, the witness shall be returned to the custody of the Ector County Sheriff's Department.

SIGNED and ENTERED this _____ day of _____, 2012.

_____
DAVID COUNTS
United States Magistrate Judge