# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.   § | NO:   MO:12-CR-00267 (3) |
| § | |
| DAVID PARKER § | |

## ORDER

Before the Court is the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 344) filed November 20, 2020, the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 354) filed January 11, 2021, and the Defendant's Reply to the Government's Response (Doc. 355) filed January 17, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 344) is **DENIED.**

It is so **ORDERED**.

SIGNED this 20th day of January, 2021.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE